UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELENA KEENEY,

    Plaintiff,

vs.  CASE NO.: 6:15-cv-00087-GAP-TBS

LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

### STATEMENT IN COMPLIANCE WITH RULE 7.1 – CORPORATE DISCLOSURE

**MAY IT PLEASE THE COURT:**

In compliance with Fed.R.Civ.P.7.1, this Corporate Disclosure Statement is filed on behalf of Liberty Mutual Insurance Company.

1. Liberty Mutual Insurance Company **is not** a parent, subsidiary or other affiliate of a publicly owned corporation.

2. To Liberty Mutual Insurance Company's knowledge, there is no publicly owned corporation, not a party to the case that has a financial interest in the outcome of this case.

Respectfully submitted, this 27th day of January, 2015.

Law Office of J. Christopher Norris
201 East Pine Street, Suite 875
Orlando, FL 32801
Telephone:  (407) 648-0123
Attorney for Defendant, Safeco Insurance Company of Illinois

*[signature: Maddge Bergiste Penton]*

_____
MADDGE BERGISTE PENTON  FBN #0597856
Primary E-mail (eservice only) OrlandoLegalMail@libertymutual.com
Secondary E-mail:  Maddge.Penton@Libertymutual.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January, 2015, that the foregoing Notice of Removal has been furnished via regular mail and electronically filed the foregoing with the Clerk of the Court by using the CM/ECF systems which will send a notice of ECF to all counsel of record listed below:

**Plaintiff's Counsel:**
James A. Sutton, Esquire
512 North Harbor City Blvd.
Melbourne, FL 32935
Primary E-Mail: jsuttonlaw@yahoo.com
Telephone:  (321) 622-2281

Law Office of J. Christopher Norris
201 East Pine Street, Suite 875
Orlando, FL 32801
Telephone:  (407) 648-0123
Attorney for Defendant, Liberty Mutual Insurance Company

*[signature: Maddge Bergiste Penton]*

_____
MADDGE BERGISTE PENTON  FBN #0597856
Primary E-mail (eservice only) OrlandoLegalMail@libertymutual.com
Secondary E-mail:  Maddge.Penton@Libertymutual.com