# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELENA D. KEENEY,**

      **Plaintiff,**

**v.**                                                                **Case No:   6:15-cv-87-Orl-31TBS**

**LIBERTY MUTUAL INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Counts II and III of the Complaint and to Extend Time to Respond to Count I of the Complaint ("Motion") (Doc. 12) filed on January 28, 2015. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. Twenty-seven days have elapsed since the Motion was filed and the Plaintiff has failed to respond, it will therefore be considered unopposed.

In consideration of the foregoing, it appearing that the Motion is meritorious and unopposed, it is hereby **ORDERED** that the Motion (Doc. 12) is **GRANTED.** Counts II and III are **DISMISSED**. Defendant shall have two weeks from the date of this Order to respond to Count I of the Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2015.

                                                      GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party